IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TIMOTHY MICHAEL BREEDEN, | ) | Civil Action No. 7:12-cv-00283 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GLEN AYLOR, et al., | ) | By:   Hon. Jackson L. Kiser |
|     Defendants. | ) |        Senior United States District Judge |

Plaintiff filed a "Memorandum in Reply to the Court's Memorandum Opinion" and Order that dismissed the Complaint without prejudice because plaintiff failed to state a claim upon which relief may be granted. Plaintiff presents additional facts and arguments why I should further consider his claims about the denial of constitutionally adequate medical care and access to grievance forms, and I construe the Memorandum in Reply as a motion for reconsideration of the dismissal order. However, none of the arguments in the motion for reconsideration warrants reopening this action, and it is hereby

ORDERED

that plaintiff's motion for reconsideration is **DENIED**.

The Clerk is directed to send a copy of this Order to plaintiff.

ENTER: This 2nd day of August, 2012.

Jackson L. Kiser
Senior United States District Judge